JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MANUEL A. GASTELO, an individual, <br><br> Plaintiff, <br><br> vs. <br><br> THE PORTABLES CHOICE GROUP, a limited liability company; AMY PALACIOS, an individual; JUSTIN HENDERSON, an individual, LARRY MALCHIONDA, an individual, SONNY MASAD, an individual, IRENE COUGHLIN, an individual, MANJU AMAR, an individual, and DOES 1 through 50, inclusive, <br><br> Defendants. | Case No. 2:23-CV-07335-CAS-AJRx <br><br> **ORDER GRANTING STIPULATION FOR DISMISSAL WITH PREJUDICE** |

Pursuant to the parties' stipulation and good cause appearing:

**IT IS ORDERED** that the Complaint and First Amended Complaint filed by Plaintiff Manuel A. Gastelo are hereby dismissed with prejudice.

Dated: December 15, 2023

*Christina A. Snyder*
Hon. Christina A. Snyder
Judge, United States District Court